THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY DECARLI DBA ANTHONY
DECARLI, DMD, DECARLI DENTRISTRY,

Plaintiff,

v.

HARLEYSVILLE PREFERRED
INSURANCE COMPANY, NATIONWIDE
MUTUAL INSURANCE COMPANY,

Defendants.

3:22-CV-01183
(JUDGE MARIANI)

**ORDER**

AND NOW, THIS 17th DAY OF JANUARY 2024, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss (Doc. 3) is **GRANTED**;

2. Plaintiff's Complaint (Doc. 1-1) is **DISMISSED WITH PREJUDICE**;

3. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

Robert D. Mariani
United States District Judge